No. 532. THE PEOPLE *v.* VIDAL.—Appeal from the District Court of San Juan, Section 2. Decided February 17, 1913. Judgment appealed from reversed for the reasons stated in the opinions in Cases Nos. 496, *The People* v. *Blanco,* 18 P. R. R., 980; 508, *The People* v. *Gestera ante* p. 7; 511, *The People* v. *Gestera ante* p. 17; 510, *The People* v. *Gestera, ante* p. 30; 509, *The People* v. *Gestera, ante* p. 38; 512, *The People* v. *Gestera, ante* p. 40; 531, *The People* v. *Vidal, ante* p. 110. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear. Mr. Justice Wolf signed stating that he concurred in the dispositive part of the judgment.

---

No. 952. FÉLIX NAVARRO & Co., LIMITED, *v.* CERÓN ET AL.— Appeal from the District Court of Ponce. Motion of respondents to dismiss appeal. Decided February 18, 1913. Appeal dismissed for noncompliance with section 249 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911. *Mr. José A. Poventud* for respondents. The appellants did not appear.

---

No. 935. CONGREGATION OF THE SERVANTS OF MARY *v.* MAY.— Appeal from the District Court of Mayagüez. Motion of the *fiscal* to dismiss the appeal. Decided February 18, 1913. Appeal dismissed for noncompliance with section 249 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911. *Mr. Charles E. Foote, fiscal,* for respondent. *Mr. Leopoldo Feliú* for appellants.

---

No. 321. EX PARTE MIRANDA.—Petition for the approval of the notarial surety bond given by the National Surety Company on February 18, 1913. Decided February 18, 1913. Bond approved. Petitioner appeared *pro se.*